UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    FRANCINE MYLES

Debtor(s)

Case No. 10-09407

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/05/2010.

2) The plan was confirmed on 04/26/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/27/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/12/2012.

5) The case was dismissed on 03/03/2014.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 52.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,700.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $17,050.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $17,050.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,107.56 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $859.88 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,967.44

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS/DEP OF ED STUDENT LOAN SER | Unsecured | 17,167.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Secured | 12,000.00 | 19,839.46 | 19,839.46 | 12,223.87 | 1,858.69 |
| AMERICAN HONDA FINANCE CORP | Secured | 21,000.00 | 26,607.59 | 26,607.59 | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN HONDA FINANCE CORP | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 1,316.00 | 1,476.19 | 1,476.19 | 0.00 | 0.00 |
| APPLIED BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 214.90 | 214.90 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 174.27 | 174.27 | 0.00 | 0.00 |
| BENIE JOHNSON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MGMT VENTURES | Unsecured | 181.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 20,749.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 638.58 | 638.58 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 443.00 | 497.97 | 497.97 | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 5,020.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 3,735.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 1,894.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 1,169.53 | 1,169.53 | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERV | Secured | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CONSUMER PORTFOLIO SERV | Unsecured | 5,500.00 | 4,518.41 | 4,518.41 | 0.00 | 0.00 |
| ECMC | Unsecured | 0.00 | 20,809.16 | 20,809.16 | 0.00 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| FRIENDLY FINANCE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY/BEST BANK | Unsecured | 359.00 | 358.79 | 358.79 | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 1,186.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DESIGNATE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DESIGNATE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Priority | 20,000.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | NA | 9,665.89 | 9,665.89 | 0.00 | 0.00 |
| ISAC | Unsecured | 0.00 | 36,220.34 | 36,220.34 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,155.00 | 1,200.68 | 1,200.68 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 12,171.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 8,500.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,109.00 | 1,109.24 | 1,109.24 | 0.00 | 0.00 |
| NEW AGE FURNITURE | Secured | 300.00 | NA | NA | 0.00 | 0.00 |
| NEW AGE FURNITURE | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL | Unsecured | 481.00 | 546.83 | 546.83 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 575.00 | 575.91 | 575.91 | 0.00 | 0.00 |
| PURPADV/FBOFD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RCA DIAMOND CENTER | Unsecured | 1,484.00 | NA | NA | 0.00 | 0.00 |
| ROBERT MORRIS COLLEGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SEVENTH AVENUE | Unsecured | 601.00 | 601.14 | 601.14 | 0.00 | 0.00 |
| SOUTH SHORE HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SHORE HOSPITAL | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| SOUTH SHORE HOSPITAL | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 776.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 555.75 | 555.75 | 0.00 | 0.00 |
| TRINITY HOSPITAL | Unsecured | 1,518.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 16,960.00 | 17,753.08 | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 0.00 | 17,753.08 | 17,753.08 | 0.00 | 0.00 |
| WEST BAY AQUISITIONS | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $46,447.05 | $12,223.87 | $1,858.69 |
| All Other Secured | $9,665.89 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$56,112.94** | **$12,223.87** | **$1,858.69** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$88,420.77** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $2,967.44 |
| Disbursements to Creditors | $14,082.56 |
| **TOTAL DISBURSEMENTS** : | **$17,050.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/03/2014           By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**